THE STATE OF OHIO, APPELLANT, *v*. VANDERHORST, APPELLEE.

[Cite as *State v. Vanderhorst,* 134 Ohio St.3d 592, 2012-Ohio-5759.]

*Court of appeals' judgment affirmed on the authority of* State v. Williams. (No.

2012-1303—Submitted December 4, 2012—Decided December 7, 2012.

APPEAL from the Court of Appeals for Cuyahoga County,

No. 97242, 2012-Ohio-2762.

_____

{¶ 1}  The judgment of the court of appeals is affirmed on the authority of *State v. Williams*, 134 Ohio St.3d 482, 2012-Ohio-5699, ___ N.E.2d ___.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

O'DONNELL, J., dissents.

_____

William D. Mason, Cuyahoga County Prosecuting Attorney, and Kristen L. Sobieski, Assistant Prosecuting Attorney, for appellant.

Robert L. Tobik, Cuyahoga County Public Defender, and Nathaniel McDonald, Assistant Public Defender, for appellee.

_____